# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MAURO HERRERA<br>　　　　　　　Defendant. | Case No.:   20CR3170-GPC<br><br>I N F O R M A T I O N<br><br>18 U.S.C. § 545 -<br>Smuggling Goods Into the United States (Felony) |

The United States Attorney charges:

## COUNT 1

On or about September 17, 2020, within the Southern District of California, defendant MAURO HERRERA did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, five one-liter bottles of Ciper QL, and one one-liter bottle of Qufuran, in violation of Title 18, United States Code, Section 545.

DATED: Oct. 8, 2020

ROBERT S. BREWER, JR.
United States Attorney

*Melanie K Pierson*
MELANIE K. PIERSON
Assistant U.S. Attorney